In the Matter of the Claim of MARIE L. GENTILE, as Widow of JAY ALAN GENTILE, Deceased, Appellant, v SOVEREIGN MOTOR CARS et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted May 16, 2011; decided June 9, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 824 (2011)].

JOSE MIGUEL MORAN, Respondent, v 200 VARICK STREET ASSOCIATES, LLC, Respondent, and WOLFF OLINS, LLC, et al., Appellants.

Submitted May 9, 2011; decided June 9, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

OTU A. OBOT, Appellant, v MEDAILLE COLLEGE, Respondent.

Decided June 9, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.